## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVIS, | ) | CASE NO. 1-23-CV-00536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER JR. |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| Defendants. | ) | |
| | ) | |

## DEFENDANT CITY OF CLEVELAND'S
## NOTICE OF APPEARANCE OF COUNSEL

Now come Chief Assistant Director of Law Tiffany C. Fischbach and Assistant Director of Matthew R. Aumann, and herby submit their Notice of Appearance for Defendant City of Cleveland. Please forward all correspondence to the address listed below to the attention of Chief Assistant Director Fischbach and Assistant Director Aumann.

Respectfully submitted,

MARK GRIFFIN (0064141)
Director of Law

By:   *s/ Matthew R. Aumann*
TIFFANY C. FISCHBACH (0083348)
Chief Assistant Director of Law
MATTHEW R. AUMANN (0093612)
Assistant Director of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2675
Fax: (216) 664-2663
Email: TFischbach@clevelandohio.gov
      MAumann@clevelandohio.gov

*Counsel for Defendant City of Cleveland*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 30th day of March, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Matthew R. Aumann*

*One of the attorneys for Cleveland*